# Country Connection Landscaping L.L.C.

418 Silver Lake Rd
Hollis, NH 03049
(603)-566-6145
Dan Caron

# LANDSCAPE MANAGEMENT MAIN CONTRACT

Job Name: Nashua Marriott Hotel
Job Location: 2200 Southwood Drive
Nashua NH 03063
Date

A. Snow removal:

1. Plowing of parking lot to commence with the accumulation of two inches and the lot will be kept open and passable during and after the storm.
2. Sanding and salting of the lot as needed.
3. Shoveling. (one designated on site individual starting at two inches)

   A. All doors will be kept open and passable during the storm.
   B. All main walkways will be kept open and passable during the storm.
   C. All walkways will be cleared after the storm abates

4. Ten hours of loader work included for the winter season, to include hauling.
5. Final clean up to be completed no later than twelve hours after the storm abates

B. Lawn and grounds care
   1. Edge mulch beds and walks twice during the season, once in April and once in late September
   2. Prune shrubs twice – spring and fall
   3. De-thatch all turf areas once in spring, slice seed turf around main hotel entrance
   4. Sweep parking lot twice per year, with spring clean-up and mid-to-late fall.
   5. Spring clean-up: During the month of April all trash, leaves, broken tree limbs, sand and other debris will be removed from the turf and the areas mulched and edged
   6. Removed top layer of existing mulch in the spring
   7. RE-mulch existing beds with a premium blend of mulch in the spring. (Hemlock blend)