142518

# INCIDENT REPORT

Unit No. 3111 L

| | | |
|---|---|---|
| TYPE OF INCIDENT: GUEST INJURY FALL IN PARKING LOT | NAME OF HOTEL INCLUDING BRAND: Courtyard by Marriott Nashua, NH | DATE REPORTED: 1/16/07 <br> DATE/TIME OF INCIDENT: 1/16/07 7:45PM |

**GUEST / NON-GUEST / EMPLOYEE (CIRCLE ONE)**

- NAME (FIRST, MIDDLE, LAST): KENNETH R ALTIZIO
- ADDRESS: 261 Hill St. MAHOPAC, NY 10541
- SEX/DATE OF BIRTH: 8/21/49
- PHONE: (H) 845-216-9804 cell  (W) 845-628-4161 4.
- ROOM NUMBER: 170
- CHECK IN DATE: 1/09/07
- CHECK OUT DATE: 1/19/07
- PURPOSE IN HOTEL: guests / business
- ATTITUDE (CIRCLE ONE): **CALM**, ABUSIVE, DEFENSIVE, WILL FILE CLAIM, OTHER

**REPORTED BY**
- NAME (FIRST, MIDDLE, LAST): Samantha Rowell
- ADDRESS:
- PHONE (H)/(W):

**WITNESSES**
| | NAME | ADDRESS | PHONE |
|---|---|---|---|
| 1 GUEST OR EMPLOYEE (CIRCLE ONE) | | | |
| 2 GUEST OR EMPLOYEE (CIRCLE ONE) | | | |

**REPORT OF INJURY/ILLNESS**

- DEGREE OF INJURY (CIRCLE ONE): NO VISIBLE INJURY, BRUISES, ABRASIONS, SWELLING, BLEEDING
- APPARENT CAUSE: Slipped on Ice   ADMITTED TO HOSPITAL: YES NO - Maybe
- NAME/ADDRESS OF DOCTOR, CLINIC, HOSPITAL: _____
- VICTIM'S CONDITION (CIRCLE ONE): GOOD **FAIR** SERIOUS CRITICAL
- REPORTED CAUSE OF INJURY (use narrative if needed): Fell on ice getting out of car

**FALL DOWN CASES** INCLUDES FALLS IN TUBS, DOWNSTEPS, ON FLOORS AND IN PARKING LOTS
- WAS AREA INSPECTED IMMEDIATELY? **YES** NO   BY WHOM: Marc N
- SURFACE CLEAN? DRY? OBSTRUCTIONS? HOLES? TRIP/SLIP HAZARDS? Icy
- TIME FLOOR LAST SWEPT, MOPPED CLEANED _____ BY WHOM _____
- WHAT TYPE OF SHOES DID GUEST HAVE ON? Sneakers   DOES GUEST HAVE GLASSES? **YES** NO
- HAD THE GUEST BEEN DRINKING OR TAKING MEDICATION? NO

**FOODBORNE ILLNESS CRISIS INTERVENTION HOTLINE 800-309-4469**

**FOOD CASES**
- TYPE OF FOREIGN OBJECT: _____   DID YOU SEE IT: YES NO
- WHO HAS IT _____   FOOD SUPPLIER: _____   DELIVERY DATE __/__/__
- TOTAL SERVED: _____   SAMPLE AVAILABLE: YES NO   WHERE? _____
- FOOD ILLNESS
- DATE/TIME ILLNESS STARTED: __/__/__   ____:____ AM/PM
- SYMPTOMS _____
- DURATION OF FOOD ILLNESS _____   DATE/TIME FOOD EATEN: __/__/__   ____ AM/PM
- WAS TESTING DONE? YES NO   RESULTS _____
- PHYSICIAN'S DIAGNOSIS _____

**VEHICLE**
- USED BY SUSPECT OR VICTIM (CIRCLE ONE)
- LICENSE #: _____
- VEHICLE MAKE _____ MODEL _____ YEAR _____ COLOR _____
- IDENTIFYING CHARACTERISTIC OF VEHICLE: _____
- DIRECTION OF TRAVEL: _____

**PROPERTY**
- TYPE OF PROPERTY _____   VALUE _____
- PROPERTY IN CUSTODY: YES NO   LOCATION PROPERTY WAS FOUND _____
- DOES GUEST HAVE INSURANCE? CAR   HOMEOWNERS   COMPANY & POLICY NO. _____

| | |
|---|---|
| **POLICE** | DATE POLICE CONTACTED ___/___/___   POLICE REPORT# _____<br>OFFICER TAKING REPORT _____ |
| **SUSPECT** | NAME (FIRST, MIDDLE, LAST) _____ PHONE _____<br>ADDRESS: _____<br>DATE OF BIRTH _____ AGE _____ HEIGHT _____ WEIGHT _____<br>EYES _____ HAIR: _____ COMPLEXION _____ SEX _____ RACE _____<br>CLOTHING _____ MARKS, SCARS, ETC. _____ |
| **INVESTIGATION** | GUEST ROOM LOCKED? YES NO     LOCK WORKING PROPERLY? YES NO<br>ROOM LAST REKEYED ON _____   ROOMMATES 1) _____<br>VISITORS IN ROOM? YES NO          2) _____<br>VALET UTILIZED? YES NO     LOST & FOUND CHECKED? YES NO<br>HOUSEKEEPERS 1) _____   2) _____<br>HOUSEMAN _____   INSPECTORS _____<br>ENGINEER _____   OTHERS _____ |
| **EMPLOYEE INJURY (ALSO SEE REPORT OF INJURY SECTION)** | COUNTY _____ OCCUPATION _____<br>SOCIAL SECURITY# _____ DATE OF BIRTH _____ HIRE DATE _____<br>JOB ASSIGNED WHEN INJURED _____ LENGTH OF EXPERIENCE AT THIS ASSIGNMENT: _____<br>AVERAGE WEEKLY WAGE AT TIME OF INJURY _____ HOURLY WAGE _____<br>SCHEDULED WORK WEEK _____ HRS/DAY AND _____ HRS/WEEK   DATE EMPLOYER NOTIFIED _____<br>INJURY DATE _____ INJURY TIME _____ LAST DAY WORKED _____<br>DATE RETURNED TO WORK _____ ESTIMATED DATE OF RETURN _____<br>TYPE OF INJURY: _____<br>MEDICAL ATTENTION RECEIVED, EXTENT _____ |
| **FIRE** | TIME FIRE WAS DISCOVERED _____ TIME FIRE DEPT NOTIFIED _____<br>NAME OF PERSON WHO DISCOVERED FIRE _____<br>NAME OF PERSON CALLING FIRE DEPT _____<br>NAME/PHONE NO OF FIRE OFFICIAL IN CHARGE _____<br>PROBABLE CAUSE _____ DESCRIBE FIRE/SMOKE DAMAGE IN NARRATIVE |
| **NARRATIVE** | Guest slipped on ice getting out of car — went to room & put ice on area. Hip was bruised — left hip. |

CLAIMS REPORTING SERVICE NOTIFIED  YES  NO      REPORT WRITTEN BY (PRINT NAME AND SIGN)      EMPLOYEE ACCIDENT

DATE/TIME 01/ /07  /  21 50 AM/PM     Samantha Rowell           OSHA 200 FORM FILLED OUT

PHONE (800) 998-1191          PRINT NAME                GENERAL MANAGER'S SIGNATURE
                              Samantha Rowell F/D
                              SIGNATURE         POSITION