**EDWARD L. FORD**

*Attorney at Law*

175 MAIN STREET – SUITE 416
WHITE PLAINS, NY 10601
(914) 997-5162

> DOCKET IN CASE #
> AS: *Suggestion of Bankruptcy*
> DATE:                    CLB/USDJ

August 3, 2007

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

                            Re: Altizio v. Mariott
                            Docket No.: 07 CV
                            6663 (CLB)(GAY)

Dear Honorable Sir:

      Please be advised that the Plaintiff in the above captioned action has filed for Chapter 7 Bankrupty protection. This petition was filed on June 9, 2007 and the Trustee in Bankruptcy has been named. The trustee is Mr. Michael O'Leary, Esq., 225 Dolson Avenue, Suite 303, P.O. Box 929, Middletown, NY 10940. Mr. O'Leary advises that the Case No. is 07-35845(CGM) and that the above captioned action cannot be settled without approval of the bankruptcy court.

      Thank you for your attention to this matter.

                                              Very truly yours,

                                              Edward L. Ford

ELF/hsw
cc: Garbarini & Scher, P.C.