MYRNA A. LEVINSON
GEORGE J. KEHAYAS
WILLIAM G. SCHER *○◊○
KURT LEE WEINMANN *
PAUL M. PALEY ◊
GREGG D. WEINSTOCK *‡○
YUVAL D. BAR-KOKHBA
CHRISTINE FERNANDEZ CORDOVA
BARRY M. RUDERMAN
BARRY ROTHMAN ‡
THOMAS M. COOPER
JACK J. DENNEHY
ANTHONY D. DELLACROCE
BILL GIANARIS
SCOTT M. DORESON
ANDREW LONGO◊
PAMELA D. FIELD *○
DAVID H. ALLWEISS *
IAN C. HELLER
RITA F. ARONOV *

WILLIAM D. BUCKLEY**
APPELLATE COUNSEL

ALSO ADMITTED IN
  * NEW JERSEY
  ○ CONNECTICUT
  ‡ WASHINGTON, D.C.
  § FLORIDA
  ◊ NORTH DAKOTA
  ^ MICHIGAN

# GARBARINI & SCHER, P.C.

ATTORNEYS AT LAW

432 PARK AVENUE SOUTH

NEW YORK, N.Y. 10016-8013

(212) 689-1113

FACSIMILE
(212) 725-9530

E-MAIL ADDRESS
legal@garbarini-scher.com

LONG ISLAND OFFICE
170 OLD COUNTRY ROAD, SUITE 600
MINEOLA, N.Y. 11501-4307
(516) 248-3013

WESTCHESTER OFFICE
202 MAMARONECK AVENUE, SUITE 600
WHITE PLAINS, N.Y. 10601-5312
(914) 946-7100

NEW JERSEY OFFICE
COURT PLAZA NORTH
25 MAIN STREET, 6TH FLOOR
HACKENSACK, N.J. 07601-7025
(201) 343-2001

CONNECTICUT OFFICE
115 FIELD POINT ROAD
GREENWICH, CT 06830-6473
(203) 269-8932

CHAS. J. GARBARINI (1962-2001)

EMERITUS
STANLEY J. SCHER
LEONARD WEINSTOCK

September 11, 2007

**914-390-4085**
**VIA FACSIMILE TRANSMISSION**
Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarrapos Street
White Plains, NY 10601

Re: Altizio v. Marriott
    Docket No.: 07 CV 6663 (CLB)(GAY)

Honorable Sir:

Please permit this letter to confirm that oral argument of defendant's motion seeking to transfer venue of this action will be heard by Your Honor on September 28, 2007 at 10:00 a.m.

We look forward to joining Your Honor at oral argument.

Very truly yours,

William G. Scher (WS 2891)

WGS:ak
cc: Edward L. Ford, Esq.